**RECEIVED**

SEP 2 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH BERBERICH | CIVIL ACTION NO. 04-01996 |
| VERSUS | JUDGE DOHERTY |
| PATTERSON SERVICES, INC. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the Motion to Dismiss filed by the defendant herein [Doc. 30],

IT IS HEREBY ORDERED that the Motion to Dismiss shall be and is GRANTED in its entirety, as the Court finds Intervenor has failed to state a claim upon which relief can be granted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 26 day of September, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE